RECEIVED
IN LAKE CHARLES, LA

JUL 21 2009
PM
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GUO HUA MENG | : | DOCKET NO. 2:09-cv-909 SECTION P |
| VS. | : | JUDGE TRIMBLE |
| ERIC HOLDER | : | MAGISTRATE JUDGE KAY |

### ORDER

Guo Hua Meng filed a *habeas corpus* petition in the above-captioned matter on June 1, 2009. Doc. 1. On July 15, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Meng was released on an order of supervision pending his removal on July 6, 2009. Doc. 9.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Meng shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 21st day of July, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE